FOR LEGAL USE ONLY – MELENDY, MITCHEL    FOR LEGAL USE ONLY – MELENDY, MITCHEL

## 11TH CIRCUIT DISTRICT COURT

Mitchel Melendy
  vs.
Counselor Michelle Bui

8:22-CV-355-CEHAAS

42 U.S.C. § 1983

Comes Now the Plaintiff, Mitchel Melendy to move this Court to Honor and Respect by law this Motion 42 U.S.C. § 1983 on the following grounds:

### CASE AND ARGUMENT OF FACTS

I was appointed Michelle Bui as my stand by counselor whom upon first contact told me she refused to help me with my case as is her job. I only retained her to help me with viewing DVD video evidence and gathering things I need for Trial, she said she was only doing what prosecution wanted and acted as an extension by offering me 40 months in prison when I can prove I'm innocent.

Ever since prosecution found out they can't beat me at Trial they get counselors to aid their illegal false imprisonment to try and extort an illegal plea out of me in violation of Fla. CONST. DEC. of Rts Article I §17.

This is denial of so many rights simultaneously its rediculous all aided by the Judge and Pasco Counties long time Racketeering scheme. Undoubted 6th Amendment violation, a criminally adversarial counselor.

### RELIEF AND REMEDY SOUGHT

Relief Sought by Melendy is the following based on the motion above:

① That Michelle Bui forfeit in suit $500,000 in damages to me and suffer prosecution for her participation in violations of Fla. § 843.0855 and 18 U.S.C. § 1959
② That I be allowed to Proceed In forma Pauperis!!

M/P

FOR LEGAL USE ONLY – MELENDY, MITCHEL    FOR LEGAL USE ONLY – MELENDY, MITCHEL

PAGE #1 SIDE #1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a True and Correct copy of the forgoing has been Furnished on the 11TH CIRCUIT DISTRICT COURT @ 801 N. Florida Ave. Room 218 Tampa FL, 33602-3800 on the 7th day of Febuary 2022

DATE: 2/7/2022                   X Mitchel Melendy